EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Lizmary López Álvarez | 2016 TSPR 33 194 DPR ____ |

Número del Caso: TS-18,465

Fecha: 22 de febrero de 2016

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director

Materia: Conducta Profesional – La suspensión de la notaría será efectiva el 25 de febrero de 2016, fecha en que se le notificó a la abogada de su suspensión inmediata

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|--------|--|--|
| Lizmary López Álvarez | TS-18,465 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de febrero de 2016.

Evaluada la *Moción Notificando Incumplimiento* de *Orden* presentada por la Oficina de Inspección de Notarías (ODIN), se ordena la suspensión inmediata e indefinida del ejercicio de la notaría de la Lcda. Lizmary López Álvarez.

Además, se le impone una sanción de $250.00 a ser pagados mediante sellos de Rentas Internas al amparo del Artículo 62 de la Ley Notarial, 4 LPRA sec. 2102.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial de la notaria suspendida, debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Publíquese y notifíquese personalmente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo